THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN:254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL STOUT; CHRISTINE STOUT; WORLD SAVINGS BANK, a federal savings bank; STATE FINANCIAL CORPORATION; THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD; THE COUNTY OF RIVERSIDE; IRENEO MARQUEZ; KIRLEY CORPORATION, INC.; and L.A. COMMERCIAL GROUP,<br><br>    Defendants. | Case No.:   ED CV 07-00530 VAP(OPx)<br><br>JUDGMENT ON COUNT I AGAINST DEFENDANT MICHAEL STOUT |

Based on the stipulation of the United States of America, Plaintiff, and Michael Stout, Defendant,

IT IS ORDERED:

Judgment is entered in favor of the United States and against Michael Stout on Count I of the United States of America's complaint in the amount of $578,845.05 (which includes statutory interest through March 3, 2008) plus all subsequent statutory accruals until satisfaction, including interest and penalties.

1  This amount reflects tax liabilities imposed under 26 U.S.C. § 6672 for the first,
2  second, third, and fourth quarters of 1998, the first quarter of 1999, and the second
3  quarter of 2001.

5  Dated: _March 4, 2008                    _____
6                                            VIRGINIA A. PHILLIPS
7                                            UNITED STATES DISTRICT JUDGE

9  Presented by:

10 THOMAS P. O'BRIEN                        ____/s/_____Dated: 2/29/08
   United States Attorney
11 SANDRA R. BROWN                          MICHAEL STOUT, Defendant
   Assistant United States Attorney
12 Chief, Tax Division

13 ____/s/_____Dated: 2/29/08

14 ANDREW PRIBE
   Assistant United States Attorney
15
   Attorneys for Plaintiffs
16 United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **March 5, 2008**, I served

**(PROPOSED) JUDGMENT ON COUNT I AGAINST DEFENDANT MICHAEL STOUT**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **March 5, 2008**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **March 5, 2008**, Los Angeles, California.

_____/s/_____

**Barbara Le**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**RE: UNITED STATES OF AMERICA v. MICHAEL & CHRISTINE STOUT, ET AL**

**CASE NO.: ED CV 07-530 VAP (OPx)**

## Service List

MICHAEL STOUT
22535 San Joaquin Drive West
Canyon Lake, CA 92587

CHRISTINE STOUT
22535 San Joaquin Drive West
Canyon Lake, CA 92587