THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN: 254904)
Assistant United States Attorney
    300 N. Los Angeles Street
    Federal Building, Room 7211
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov

Attorneys for the United States of America

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL STOUT; CHRISTINE STOUT; WORLD SAVINGS BANK, a federal savings bank; STATE FINANCIAL CORPORATION; THE STATE OF CALIFORNIA, FRANCHISE TAX BOARD; THE COUNTY OF RIVERSIDE; IRENEO MARQUEZ; KIRLEY CORPORATION, INC.; and L.A. COMMERCIAL GROUP,<br><br>    Defendants. | Case No.: ED CV 07-00530 VAP(OPx)<br><br>Order confirming sale and directing IRS Area Compliance Director, or his delegate, to execute and deliver a deed to the purchaser of the real property<br><br>Judge Virginia A. Phillips |

This Court having considered the declaration of Karola Jenkins—constituting the IRS Compliance Area Director's accounting and report of sale of real property—and no written objection to the public auction sale of the real property commonly known as 22535 San Joaquin Drive West, Canyon Lake, California, having been filed within fifteen days of the date of the sale:

**IT IS ORDERED**:

1.    The public sale of the property commonly known as 22535 San

1  Joaquin Drive West, Canyon Lake, California 92587 legally described as:

2      Lot 268 of Tract 3718, in the City of Canyon Lake, County of

3      Riverside, State of California, as shown by the map on file in Book

4      59, Pages 19 to 30 of Maps, Records of Riverside County, California.

conducted by a duly authorized delegate of the Compliance Area Director of the Internal Revenue Service, on behalf of Plaintiff, the United States of America, on February 18, 2009, on the steps of the Riverside County Courthouse, located at 4050 Main Street, Riverside California, is hereby confirmed; and

    2.    The IRS Compliance Area Director, or his delegate, is directed to execute and deliver his Deed regarding the property commonly known as 22535 San Joaquin Drive West, Canyon Lake, California, to Mark Beck, the purchaser of the property at the public auction sale held on February 18, 2009.

**IT IS SO ORDERED.**

DATED: March 20, 2009

                VIRGINIA A. PHILLIPS
                UNITED STATES DISTRICT JUDGE

PRESENTED BY:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

**/s/ Andrew T. Pribe**

ANDREW T. PRIBE (CA SBN:254904)
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7211, Los Angeles, California 90012.

On **March 23, 2009**, I served

**(PROPOSED) ORDER CONFIRMING SALE AND DIRECTING IRS AREA COMPLIANCE DIRECTOR, OR HIS DELEGATE, TO EXECUTE AND DELIVER A DEED TO THE PURCHASER OF THE REAL PROPERTY**

on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. Date of mailing: **March 23, 2009**

Place of mailing: Los Angeles, California

**See attached list**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **March 23, 2009**, Los Angeles, California.

/s/
**Barbara Le**

**RE: UNITED STATES OF AMERICA v. MICHAEL & CHRISTINE STOUT, ET AL**

**CASE NO.: ED CV 07-530 VAP (OPx)**

## Service List

DAVID MARCUS, ESQ.
Marcus, Watanabe, Snyder & Dave, LLP
1901 Avenue of the Stars, Ste 300
Los Angeles, CA 90067

MICHAEL STOUT
22535 San Joaquin Drive West
Canyon Lake, CA 92587

CHRISTINE STOUT
22535 San Joaquin Drive West
Canyon Lake, CA 92587

DOROTHY L. HONN
Riverside County Counsel
3535 Tenth Street, Ste 300
Riverside, CA 92501